January 13, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ERIC SHALEV AKA ARIE SHALEV AND GIANT MART, INC., Appellants

NO. 14-13-00620-CV                              V.

ARTERMIO NAMBO, Appellee

_____

Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on April 22, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.